WOLKERS, PETITIONER, *v.* TEXIDOR, DISTRICT JUDGE, RESPONDENT.

PETITION for a Writ of Certiorari to the Judge of the District Court of San Juan, Section 1, in a Suit for Temporary Support.

No. 238.—Decided March 31, 1919.

Decided on the grounds of the opinion in case No. 1875, *Wolkers v. Masson, ante.*

*Messrs. José Martínez Dávila* and *Enrique Campillo* for the petitioner.

The respondent did not appear.

*Orders set aside.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.